# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 6:15-cv-00019-RWS |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC, | ) **JURY TRIAL DEMANDED** |
| *Defendants*. | ) |

### DEFENDANT SAMSUNG AUSTIN SEMICONDUCTOR, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Austin Semiconductor, LLC, by and through its counsel, hereby certifies that:

(1) Samsung Austin Semiconductor, LLC is a wholly-owned subsidiary of Samsung Semiconductor, Inc.

(2) No publicly held corporation owns 10% or more of Samsung Austin Semiconductor, LLC's stock.

May 4, 2015

Respectfully submitted,

*/s/ Melissa R. Smith*
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
Jin-Suk Park
(District of Columbia Bar No. 484378)
jin.park@aporter.com
**ARNOLD & PORTER LLP**
555 12th Street, NW
Washington, DC  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Nicholas Lee
(California State Bar No. 259588)
nicholas.lee@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA  90017-5844
Telephone: (213) 243-4000
Facsimile: (213)243-4199

Ryan Casamiquela
(California State Bar No. 228559)
ryan.casamiquela@aporter.com
Willow Noonan
(California State Bar No. 277584)
willow.noonan@aporter.com
**ARNOLD & PORTER LLP**
10th Floor, Three Embarcadero Center
San Francisco, CA  94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

-and-

Melissa R. Smith,
Tex. State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas  75670

2

Phone: (903) 934-8450
Facsimile:     (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of May, 2015.

  */s/ Melissa R. Smith*
  Melissa R. Smith