# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 6:15-cv-00019-RWS |
| SAMSUNG ELECTRONICS AMERICA, INC.,) | |
| SAMSUNG ELECTRONICS CO. LTD., ) | |
| SAMSUNG SEMICONDUCTOR, INC., ) | **JURY TRIAL DEMANDED** |
| and SAMSUNG AUSTIN SEMICONDUCTOR ) | |
| LLC, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Electronics Co., Ltd., by and through its counsel, hereby certifies that:

(1) Samsung Electronics Co., Ltd. has no parent corporation; and

(2) No publicly held corporation owns 10% or more of Samsung Electronics Co., Ltd.'s stock.

May 4, 2015                                    Respectfully submitted,

                                               */s/ Melissa R. Smith*
                                               Matthew M. Wolf
                                               (District of Columbia Bar No. 454323)
                                               matthew.wolf@aporter.com
                                               Ali R. Sharifahmadian
                                               (District of Columbia Bar No. 480876)
                                               Jin-Suk Park
                                               (District of Columbia Bar No. 484378)
                                               jin.park@aporter.com
                                               **ARNOLD & PORTER LLP**
                                               555 12th Street, NW
                                               Washington, DC  20004
                                               Telephone: (202) 942-5000
                                               Facsimile: (202) 942-5555

                                               Nicholas Lee
                                               (California State Bar No. 259588)
                                               nicholas.lee@aporter.com
                                               **ARNOLD & PORTER LLP**
                                               777 South Figueroa Street
                                               44th Floor
                                               Los Angeles, CA  90017-5844
                                               Telephone: (213) 243-4000
                                               Facsimile: (213)243-4199

                                               Ryan Casamiquela
                                               (California State Bar No. 228559)
                                               ryan.casamiquela@aporter.com
                                               Willow Noonan
                                               (California State Bar No. 277584)
                                               willow.noonan@aporter.com
                                               **ARNOLD & PORTER LLP**
                                               10th Floor, Three Embarcadero Center
                                               San Francisco, CA  94111-4024
                                               Telephone: (415) 471-3100
                                               Facsimile: (415) 471-3400

                                               -and-

                                               Melissa R. Smith,
                                               Tex. State Bar No. 24001351
                                               GILLAM & SMITH LLP
                                               303 South Washington Avenue
                                               Marshall, Texas  75670

Phone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Counsel for Defendants Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of May, 2015.

    */s/ Melissa R. Smith*
    Melissa R. Smith