# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 6:15-cv-00019-RWS |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC, | ) **JURY TRIAL DEMANDED** |
| *Defendants*. | ) |

## SAMSUNG SEMICONDUCTOR, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Samsung Semiconductor, Inc. ("SSI") certifies as follows:

(1) SSI. is a wholly-owned subsidiary of Samsung Electronics America, Inc. ("SEA");

(2) SEA is a wholly-owned subsidiary of Samsung Electronics Co., Ltd., a Korean corporation that is publicly traded on the Korean stock exchange; and

(3) No publicly-held corporation owns 10% or more of Samsung Electronics Co., Ltd.'s stock.

| | |
|---|---|
| May 6, 2015 | Respectfully submitted, |

/s/ Melissa R. Smith
Matthew M. Wolf
(District of Columbia Bar No. 454323)
matthew.wolf@aporter.com
Ali R. Sharifahmadian
(District of Columbia Bar No. 480876)
Jin-Suk Park
(District of Columbia Bar No. 484378)
jin.park@aporter.com
**ARNOLD & PORTER LLP**
555 12th Street, NW
Washington, DC  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Nicholas Lee
(California State Bar No. 259588)
nicholas.lee@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA  90017-5844
Telephone: (213) 243-4000
Facsimile: (213)243-4199

Ryan Casamiquela
(California State Bar No. 228559)
ryan.casamiquela@aporter.com
Willow Noonan
(California State Bar No. 277584)
willow.noonan@aporter.com
**ARNOLD & PORTER LLP**
10th Floor, Three Embarcadero Center
San Francisco, CA  94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

-and-

Melissa R. Smith,
Tex. State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas  75670
Phone: (903) 934-8450
Facsimile:      (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of May, 2015.

*/s/ Melissa R. Smith*
Melissa R. Smith